# CEC
## Carlson Environmental Consultants, pc

Landfill Gas and Solid Waste Specialists

**SENT VIA FEDEX #** _____

December 16, 2016

Mr. Sean Slayton
1715 Liberty Street
Alton, Illinois 62002

Re: <u>Post-Termination Obligations / Termination Certification</u>

Dear Sean:

This letter will follow up on our discussion of December 14, 2016 regarding your termination as an employee of Carlson Environmental Consultants, PC (the "Company") and the matters relating to this recent development, including your ongoing obligations to the Company.

First, please note that pursuant to Sections 3, 4 and 5 of the Confidentiality and Noncompetition Agreement executed by you on November 19, 2015 upon your hiring by the Company (the "Confidentiality Agreement," copy attached) you are obligated to maintain the confidentiality of Company confidential information indefinitely, and to not compete with the Company in the Restricted Territory provided in the Confidentiality Agreement or solicit the Company's employees or customers for a period of <u>two (2) years after your termination</u>.

Also, pursuant to Section 7 of the Confidentiality Agreement you are obligated to execute and return to the Company the enclosed Termination Certification, certifying to your return of all Company property, your compliance with the Confidentiality Agreement and the identity of your employer, job location and position subsequent to your employment with the Company. Please find enclosed a self-addressed, stamped envelope for delivery of your Termination Certification to the Company. Please fill out the form as indicated, execute it and mail it back to the Company.

Thank you for your attention to these matters. Please let me know if you have any questions or issues with regard to anything discussed in this letter. In the meantime, please accept our best wishes for the coming New Year.

With best regards.

          Very truly yours,
          **CARLSON ENVIRONMENTAL**
          **CONSULTANTS, PC**

          Kristofer L. Carlson,
          President

EXHIBIT 2
Blumberg No. 5119