UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:17-cv-149-FDW-DCK

| | |
|---|---|
| CARLSON ENVIRONMENTAL CONSULTANTS, PC, | ) ) ) |
| Plaintiff, | ) **AFFIDAVIT OF SEAN SLAYTON** ) |
| v. | ) ) |
| SEAN SLAYTON, | ) ) |
| Defendant. | ) |

I, Sean Slayton, being duly sworn, depose and state the following:

1. I am over the age of 18 and otherwise competent to make this affidavit. The statements made in this affidavit are based on my personal knowledge, unless otherwise indicated upon information and belief.

2. I graduated from high school in 1989, and began working as a recovery technician, removing hazardous waste from various sites and environmental disasters.

3. I was promoted to an equipment operator, and I worked in that capacity for the same employer until approximately 1999 or 2000.

4. In around 1999 or 2000, the company that employed me merged with or purchased another company, and I began working for the same employer, but as a landfill gas well driller.

5. In 2007, my wife formed Quality Drilling Service ("QDS"), and I began my employment with QDS.

1

6. I was not an owner, shareholder, or partner of QDS, and did not otherwise own an interest in QDS.

7. From 2007 until July 2015, I remained employed by QDS as a landfill gas well driller.

8. QDS performed gas well drilling as a subcontractor, contracting with prime contractors who contracted directly with the landfill owners and operators to perform more comprehensive waste management work.

9. QDS did not have a specialized pricing and bidding process for its drilling work, but rather QDS simply charged a set price per linear foot for its drilling work. All prime contractors that hired QDS knew the price per linear foot that it charged for its drilling services.

10. In July 2015 I began employment with CEC as a landfill gas well driller.

11. On November 19, 2015 CEC purchased the assets of QDS. I did not receive any of the proceeds of that sale.

12. I did not receive a raise, bonus, or other change in compensation, a promotion, additional training, or any increase in responsibility or number of hours worked in exchange for the November 19, 2015 Confidentiality and Noncompetition Agreement. A true and correct copy of all of my Earnings Statements for the year of 2015 are attached hereto as Exhibit 1-A.

13. During my employment with CEC, CEC performed landfill gas well drilling, both as a subcontractor and as a prime contractor performing more comprehensive waste management work, including not only drilling but also pipe construction, engineering, and construction quality assurance work.

2

14. As my employment continued, CEC made clear that it wanted to prioritize drilling only on projects where CEC was serving as the prime contractor, and not on projects where CED was performing as a subcontractor. In doing so, BEL Environmental was removed as a preferred prime contractor client.

15. Seth Nunes informed me that because CEC wanted to prioritize drilling only for projects on which CEC was the prime contractor, most subcontracts for drilling would require approval by the ownership of CEC.

16. The subcontracted work is the work that I performed for CEC.

17. During my employment with CEC, I had no knowledge or involvement in the formulation of pricing, the bidding process, or other high-level decision making for any work CEC performed as a prime contractor.

18. During my employment with CEC, I had no involvement in pricing or bidding of any work CEC performed as a subcontractor. CEC had a standard price per linear foot for landfill drilling, and if any deviation from that pricing occurred, that deviation was determined by the owners of CEC.

19. Any pricing information I received from CEC's principals relating to the subcontract drilling work was the exact same information that was conveyed to the general contractor to bid or invoice for the work. I had no information about CEC's pricing for drilling work beyond what was either quoted or invoiced to general contractors for the work to be performed.

3

20. During my employment with CEC, I spent my time working on site at various landfills. I did not learn any confidential client information or trade secrets while drilling or otherwise. Landfill drilling does not involve the use of confidential information or trade secrets.

21. An engineering firm designs a gas system, and based on that system, surveying stakes are placed at the various locations where the wells need to be drilled. The drillers, including myself, simply operate the drill rig to drill the hole in the location identified and to the depth instructed by the engineering firm.

22. I did not work nationwide for CEC. To the best of my recollection, I performed work for CEC in fourteen states of the fifty states.

23. The principals of CEC regularly made the decisions about raises and bonuses to the employees performing drilling work without my knowledge or involvement. I had knowledge of the salaries paid by QDS to its employees; but once the QDS employees became employed by CEC, the decisions regarding their income and benefits were not mine to make; I was not consulted or involved in the process of making those decisions.

24. In December of 2016 CEC terminated my employment.

25. Vince Coleman, an owner of CEC, informed me that CEC was terminating my employment, and told me that I could do what I want and take both my sons with me.

26. At the time, both of my sons, Chaz Slayton and Austin Slayton, worked for CEC.

27. After approximately one month of job searching, I became employed by Landmarc Environmental Systems, LLC ("LES").

4

28. Since beginning my employment with LES in January of 2017, I have been working as a drill rig operator. I go where I am instructed to go to perform drilling work. I do not have supervisory responsibilities or other discretion expected of a high-level employee.

29. While employed by CEC, I did not learn any confidential information or trade secrets. CEC did not train me for the work I performed.

30. Since beginning my employment with LES on January 16, 2017, nearly all of the work that I have performed is pursuant to a contract between LES and Republic Services, Inc., which, upon information and belief, was negotiated and awarded before I began my employment with LES.

31. I have not been involved in any way in the pricing or bidding process for LES for any of its bids, whether for Republic Services or otherwise.

32. I have no knowledge or information about LES's pricing or bidding process, and I have not communicated any information to LES or any other person or entity about CEC's methods for creating proposals or bids.

33. Since CEC terminated my employment, I have not solicited or attempted to solicit work for BEL Engineering, SCS Engineers, Enerdyne Power Systems, Advanced One, or any other company. I have not solicited any work for or on behalf of LES, either directly or indirectly.

34. I do not participate in LES's hiring and personnel matters, and I have no authority in relation to either.

35. Since CEC terminated my employment, I have not solicited any of CEC's employees to work for LES. I did not solicit or recruit Josh Goosman, Brian Hite, Chaz Slayton, or Austin

5

Slayton. In fact, Josh Goosman and Brian Hite both stopped working for CEC before I was fired.

36. I do not supervise Josh Goosman or any other employees performing drilling services for LES. I do not provide off-site technical support, consultation, troubleshooting, or otherwise manage any of the other drillers, and noe fo the drillers employed by LES report to me. Josh Goosman did not call me to figure out how to drill around an obstruction, or otherwise for consultation or technical support.

37. I was not involved in personnel decisions while I was employed by CEC, and I have not communicated any information relating to salaries, bonuses, or other compensation paid by CEC to LES.

38. Since I began working for LES, I have not contacted Bauer-Pileco or any other vendor on behalf of LES. I am not authorized to place orders or enter into contracts on behalf of LES.

39. I have not solicited any of CEC's customers or employees, and I have not shared any confidential information or trade secrets belonging to CEC.

This the ___ day of September, 2017.

_____
SEAN SLAYTON

~~NORTH CAROLINA~~ Illinois

~~MECKLENBURG COUNTY~~ Madison County

6

I, Michele E Kelly, a Notary Public do hereby certify that SEAN SLAYTON, personally appeared before me this day and acknowledged the due execution of the foregoing Affidavit.

WITNESS my hand and official seal, this the 13th day of September, 2017.

Michele E Kelly
Notary Public

My Commission Expires: March 25, 2018

MICHELE E KELLY
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 25, 2018

7

| CO. | FILE | DEPT. | CLOCK | NUMBER | 580 |
|---|---|---|---|---|---|
| R3O | 200118 | 100100 | | 0095203629 | 1 |

CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE    NC  28112

# Earnings Statement



Period Beginning: 07/11/2015
Period Ending: 07/24/2015
Pay Date: 07/24/2015

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2,$25 Additional Tax
  IL: 2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4038.46 | | 4,038.46 | 4,038.46 |
| **Gross Pay** | | | **$4,038.46** | 4,038.46 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -551.45 | 551.45 |
| Social Security Tax | -250.38 | 250.38 |
| Medicare Tax | -58.56 | 58.56 |
| IL State Income Tax | -145.24 | 145.24 |

**Net Pay**    $3,032.83

**Net Check**    $3,032.83

### Deposits

| | |
|---|---|
| Account No. | xxxxxx9653 |
| Transit/ABA | xxxx xxxx |
| Pending | |
| Account No. | xxxxxx6911 |
| Transit/ABA | xxxx xxxx |
| Pending | |

### Important Notes
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

Your federal taxable wages this period are $4,038.46
Your IL taxable wages this period are $4,038.46

© 2000 ADP LLC

---



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE    NC  28112

R3O    56-382/412
Payroll check number: 0095203629
Pay date: 07/24/2015

Pay to the order of:   SEAN SLAYTON

This amount:   THREE THOUSAND THIRTY TWO AND 83/100 DOLLARS    $3032.83

ISSUED BY ADP PAYROLL SERVICES, INC. ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

**WELLS FARGO**
Wells Fargo Bank, N.A.

EXHIBIT A

Case 3:17-cv-00149-FDW-DCK    Document 21-1    Filed 09/14/17    Page 8 of 17

| CO. | FILE | DEPT. | CLOCK | NUMBER | 580 |
|---|---|---|---|---|---|
| R3O | 200118 | 100100 | | 0095208355 | 1 |

# Earnings Statement



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE    NC  28112

Period Beginning: 07/25/2015
Period Ending:    08/07/2015
Pay Date:         08/07/2015

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  2,$25 Additional Tax
  IL:       2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2230.77 | | 2,230.77 | 6,269.23 |
| Gross Pay | | | $2,230.77 | 6,269.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -228.37 | 779.82 |
| | Social Security Tax | -138.31 | 388.69 |
| | Medicare Tax | -32.34 | 90.90 |
| | IL State Income Tax | -77.45 | 222.69 |
| | **Other** | | |
| | Exp Reimb | | -5,526.32 |
| | Per Diem | | -440.00 |
| | **Adjustment** | | |
| | Exp Reimb | +5,526.32 | |
| | Per Diem | +440.00 | |
| | **Net Pay** | **$7,720.62** | |
| | Checking 1 | -3,635.51 | |
| | Checking 2 | -403.95 | |
| | **Net Check** | **$3,681.16** | |

**Deposits**

| Account No. | xxxxxx9653 |
|---|---|
| Transit/ABA | xxxx xxxx |
| Amount | $3,635.51 |
| Account No. | xxxxxx6911 |
| Transit/ABA | xxxx xxxx |
| Amount | $403.95 |

**Important Notes**

YOUR SALARY RATE HAS BEEN CHANGED FROM 4,038.46 TO 2,230.77.

Your federal taxable wages this period are $2,230.77
Your IL taxable wages this period are $2,230.77

© 2000 ADP, LLC



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE    NC  28112

R3O
Payroll check number:  0095208355
Pay date:              08/07/2015

56-382/412

Pay to the order of:  SEAN SLAYTON

This amount:  THREE THOUSAND SIX HUNDRED EIGHTY ONE AND 16/100 DOLLARS        $3681.16

ISSUED BY ADP PAYROLL SERVICES, INC. ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS


Wells Fargo Bank, N.A.



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| R3O | 200118 | 100100 | | 0000340040 | 1 |

# Earnings Statement



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE    NC 28112

Period Beginning: 08/08/2015
Period Ending: 08/21/2015
Pay Date: 08/21/2015

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:    2,$25 Additional Tax
   IL:         2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2230.77 | | 2,230.77 | 8,500.00 |
| **Gross Pay** | | | **$2,230.77** | 8,500.00 |

Your IL taxable wages this period are $1,538.77

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -124.57 | 904.39 |
| | Social Security Tax | -138.31 | 527.00 |
| | Medicare Tax | -32.35 | 123.25 |
| | IL State Income Tax | -51.50 | 274.19 |
| | **Other** | | |
| | 401K | -692.00* | 692.00 |
| | Exp Reimb | | -5,526.32 |
| | Per Diem | | -800.00 |
| | **Adjustment** | | |
| | Per Diem | +360.00 | |
| **Net Pay** | | **$1,552.04** | |
| | Checking 1 | -1,148.09 | |
| | Checking 2 | -403.95 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 692.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,538.77

© 2000 ADP, LLC



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE    NC 28112

Advice number: 00000340040
Pay date: 08/21/2015

Deposited to the account of
SEAN SLAYTON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9653 | xxxx xxxx | $1,148.09 |
| xxxxxx6911 | xxxx xxxx | $403.95 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| R3O | 200118 | 100100 | | 0000360040 | 1 |

# Earnings Statement 

CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE       NC  28112

Period Beginning: 08/22/2015
Period Ending:    09/04/2015
Pay Date:         09/04/2015

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:   2,$25 Additional Tax
   IL:        2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2230.77 | | 2,230.77 | 10,730.77 |
| **Gross Pay** | | | **$2,230.77** | 10,730.77 |

Your IL taxable wages this period are $1,538.77

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -124.57 | 1,028.96 |
| | Social Security Tax | -138.31 | 665.31 |
| | Medicare Tax | -32.35 | 155.60 |
| | IL State Income Tax | -51.50 | 325.69 |
| | **Other** | | |
| | 401K | -692.00* | 1,384.00 |
| | Exp Reimb | | -5,526.32 |
| | Per Diem | | -1,240.00 |
| | **Adjustment** | | |
| | Per Diem | +440.00 | |
| | **Net Pay** | **$1,632.04** | |
| | Checking 1 | -1,228.09 | |
| | Checking 2 | -403.95 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,384.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,538.77

© 2000 ADP, LLC



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE       NC  28112

Advice number: 00000360040
Pay date:      09/04/2015

Deposited to the account of
SEAN SLAYTON



| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9653 | xxxx xxxx | $1,228.09 |
| xxxxxx6911 | xxxx xxxx | $403.95 |



22893 Sandalfoot Plaza Dr
Boca Raton FL, 33428

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| R3O | 200118 | 100100 | | 0000404040 | 1 |

# Earnings Statement 

CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE          NC  28112

Period Beginning: 09/19/2015
Period Ending:    10/02/2015
Pay Date:         10/02/2015

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:    2,$25 Additional Tax
    IL:         2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2230.77 | | 2,230.77 | 15,192.31 |
| **Gross Pay** | | | **$2,230.77** | 15,192.31 |

Your IL taxable wages this period are $1,538.77

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -124.57 | 1,278.10 |
| | Social Security Tax | -138.30 | 941.92 |
| | Medicare Tax | -32.35 | 220.29 |
| | IL State Income Tax | -51.50 | 428.69 |
| | Other | | |
| | 401K | -692.00* | 2,768.00 |
| | Exp Reimb | | -5,526.32 |
| | Per Diem | | -2,360.00 |
| | **Adjustment** | | |
| | Per Diem | +560.00 | |
| | **Net Pay** | **$1,752.05** | |
| | Checking 1 | -1,348.10 | |
| | Checking 2 | -403.95 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 2,768.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,538.77

© 2000 ADP, LLC



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE              NC   28112

Advice number:  00000404040
Pay date:       10/02/2015

Deposited to the account of
SEAN SLAYTON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9653 | xxxx  xxxx | $1,348.10 |
| xxxxxx6911 | xxxx  xxxx | $403.95 |

WELLS FARGO
22893 Sandalfoot Plaza Dr
Boca Raton FL, 33428

# NON-NEGOTIABLE


Case 3:17-cv-00149-FDW-DCK    Document 21-1    Filed 09/14/17    Page 12 of 17

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| R3O | 200118 | 100100 | | 0000420042 | 1 |

# Earnings Statement



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE        NC  28112

Period Beginning: 10/03/2015
Period Ending: 10/16/2015
Pay Date: 10/16/2015

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:      2,$25 Additional Tax
    IL:           2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2230.77 | | 2,230.77 | 17,423.08 |
| **Gross Pay** | | | **$2,230.77** | 17,423.08 |

Your IL taxable wages this period are $1,538.77

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -124.57 | 1,402.67 |
| | Social Security Tax | -138.31 | 1,080.23 |
| | Medicare Tax | -32.34 | 252.63 |
| | IL State Income Tax | -51.50 | 480.19 |
| | Other | | |
| | 401K | -692.00* | 3,460.00 |
| | Exp Reimb | | -5,526.32 |
| | Per Diem | | -2,680.00 |
| | Adjustment | | |
| | Per Diem | +320.00 | |
| | **Net Pay** | **$1,512.05** | |
| | Checking 1 | -1,108.10 | |
| | Checking 2 | -403.95 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| 401K | | 3,460.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,538.77

© 2000 ADP, LLC



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE        NC  28112

Advice number:    00000420042
Pay date:         10/16/2015

Deposited to the account of
SEAN SLAYTON



| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9653 | xxxx  xxxx | $1,108.10 |
| xxxxxx6911 | xxxx  xxxx | $403.95 |



22893 Sandalfoot Plaza Dr
Boca Raton FL, 33428

# NON-NEGOTIABLE

Case 3:17-cv-00149-FDW-DCK    Document 21-1    Filed 09/14/17    Page 13 of 17

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| R3O | 200118 | 100100 | | 0000460046 | 1 |

CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE    NC  28112

# Earnings Statement

Period Beginning: 10/31/2015
Period Ending: 11/13/2015
Pay Date: 11/13/2015

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2,$25 Additional Tax
  IL: 2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2230.77 | | 2,230.77 | 21,884.62 |
| Gross Pay | | | $2,230.77 | 21,884.62 |

Your IL taxable wages this period are $1,538.77

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -124.57 | 1,651.81 | |
| | Social Security Tax | -138.31 | 1,356.85 | |
| | Medicare Tax | -32.35 | 317.33 | |
| | IL State Income Tax | -51.50 | 583.19 | |
| | Other | | | |
| | 401K | -692.00* | 4,844.00 | |
| | Exp Reimb | | -5,526.32 | |
| | Per Diem | | -3,720.00 | |
| | Adjustment | | | |
| | Per Diem | +560.00 | | |
| | Net Pay | $1,752.04 | | |
| | Checking 1 | -1,348.09 | | |
| | Checking 2 | -403.95 | | |
| | Net Check | $0.00 | | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 4,844.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,538.77

© 2000 ADP, LLC



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE    NC  28112

Advice number: 00000460046
Pay date: 11/13/2015

Deposited to the account of
SEAN SLAYTON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9653 | xxxx xxxx | $1,348.09 |
| xxxxxx6911 | xxxx xxxx | $403.95 |

THIS IS NOT A CHECK


22893 Sandalfoot Plaza Dr
Boca Raton FL, 33428

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| R30 | 200118 | 100100 | | 0000480046 | 1 |

# EARNINGS STATEMENT



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE    NC  28112

Period Beginning: 11/14/2015
Period Ending:    11/27/2015
Pay Date:         11/27/2015

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:   2,$25 Additional Tax
  IL:        2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2230.77 | | 2,230.77 | 24,115.39 |
| **Gross Pay** | | | **$2,230.77** | 24,115.39 |

Your IL taxable wages this period are $1,538.77

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -124.57 | 1,776.38 | |
| | Social Security Tax | -138.30 | 1,495.15 | |
| | Medicare Tax | -32.34 | 349.67 | |
| | IL State Income Tax | -51.50 | 634.69 | |

**Other Benefits and Information**    this period    total to date
401K                                                  5,536.00

| | Other | | | |
|---|---|---|---|---|
| | Child Support 1 | -394.00 | 394.00 | |
| | 401K | -692.00* | 5,536.00 | |
| | Exp Reimb | | -5,526.32 | |
| | Per Diem | | -4,240.00 | |
| | **Adjustment** | | | |
| | Per Diem | +520.00 | | |
| | **Net Pay** | **$1,318.06** | | |
| | Checking 1 | -914.11 | | |
| | Checking 2 | -403.95 | | |
| | **Net Check** | **$0.00** | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,538.77

© 2000 ADP, LLC



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE                NC   28112

Advice number:  00000480046
Pay date:       11/27/2015

Deposited to the account of
SEAN SLAYTON

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx9653 | xxxx | xxxx | $914.11 |
| xxxxxx6911 | xxxx | xxxx | $403.95 |



**WELLS FARGO**
22893 Sandalfoot Plaza Dr
Boca Raton FL, 33428

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| R3O | 200118 | 100100 | | 0000500046 | 1 |

CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE       NC  28112

# Earnings Statement 

Period Beginning: 11/28/2015
Period Ending:   12/11/2015
Pay Date:        12/11/2015

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal: 2,$25 Additional Tax
  IL:      2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2230.77 | | 2,230.77 | 26,346.16 |
| Holiday | | 16.00 | | |
| **Gross Pay** | | | **$2,230.77** | 26,346.16 |

Your federal taxable wages this period are $1,538.77
Your IL taxable wages this period are $1,538.77

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -124.57 | 1,900.95 |
| | Social Security Tax | -138.31 | 1,633.46 |
| | Medicare Tax | -32.35 | 382.02 |
| | IL State Income Tax | -51.50 | 686.19 |
| | Other | | |
| | Child Support 1 | -394.00 | 788.00 |
| | 401K | -692.00* | 6,228.00 |
| | Exp Reimb | | -5,526.32 |
| | Per Diem | | -4,320.00 |
| | Adjustment | | |
| | Per Diem | +80.00 | |
| **Net Pay** | | **$878.04** | |
| | Checking 1 | -474.09 | |
| | Checking 2 | -403.95 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 6,228.00 |

* Excluded from federal taxable wages

© 2000 ADP, LLC



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE       NC  28112

Advice number: 00000500046
Pay date:      12/11/2015

Deposited to the account of
SEAN SLAYTON



| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9653 | xxxx xxxx | $474.09 |
| | xxxxxx6911 | xxxx xxxx | $403.95 |

WELLS FARGO
22893 Sandalfoot Plaza Dr
Boca Raton FL, 33428

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 580 |
|---|---|---|---|---|---|
| R3O | 200118 | 100100 | | 0000520047 | 1 |

# Earnings Statement



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE          NC  28112

Period Beginning: 12/12/2015
Period Ending:   12/25/2015
Pay Date:        12/24/2015

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:    2,$25 Additional Tax
    IL:         2

SEAN SLAYTON
1715 LIBERTY ST.
ALTON IL 62002

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2230.77 | | 2,230.77 | 28,576.93 |
| Gross Pay | | | $2,230.77 | 28,576.93 |

Your federal taxable wages this period are $1,538.77
Your IL taxable wages this period are $1,538.77

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -124.57 | 2,025.52 |
| | Social Security Tax | -138.31 | 1,771.77 |
| | Medicare Tax | -32.35 | 414.37 |
| | IL State Income Tax | -51.50 | 737.69 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 6,920.00 |

| Other | | | |
|---|---|---|---|
| Child Support 1 | | -394.00 | 1,182.00 |
| 401K | | -692.00* | 6,920.00 |
| Exp Reimb | | | -5,726.32 |
| Per Diem | | | -4,800.00 |

| Adjustment | | |
|---|---|---|
| Exp Reimb | | +200.00 |
| Per Diem | | +480.00 |
| **Net Pay** | | **$1,478.04** |
| Checking 1 | | -1,074.09 |
| Checking 2 | | -403.95 |
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages



CARLSON ENVIRONMENTAL CONSULTANTS PC
305 SOUTH MAIN STREET
MONROE          NC  28112

Advice number:  00000520047
Pay date:       12/24/2015



Deposited to the account of
SEAN SLAYTON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9653 | xxxx xxxx | $1,074.09 |
| xxxxxx6911 | xxxx xxxx | $403.95 |



22893 Sandalfoot Plaza Dr
Boca Raton FL. 33428

# NON-NEGOTIABLE