UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:17-cv-149-FDW-DCK

| | |
|---|---|
| CARLSON ENVIRONMENTAL CONSULTANTS, PC, <br><br> Plaintiff, <br><br> v. <br><br> SEAN SLAYTON, <br><br> Defendant. | **AFFIDAVIT OF YUHUA MA** |

I, Yuhua Ma, being duly sworn, depose and state the following:

1. I am over the age of 18 and otherwise competent to make this affidavit. The statements made in this affidavit are based on my personal knowledge, unless otherwise indicated upon information and belief.

2. I am employed as a Senior Accountant for Weaver Consultants Group and related entities. As such, I am familiar with the payroll records of Landmarc Environmental Systems, LLC.

3. I tabulated the number of hours Sean Slayton billed to Landmarc clients from January 16, 2017 through and including August 31, 2017. The results are set forth in table format on the next page. The attached chart accurately depicts the information contained in Landmarc's records, with the percentages rounded to whole numbers.

1

| Client | Employee | Name | Hours | % |
|---|---|---|---|---|
| Republic Services, Inc. | 2639 | Slayton, Sean | 920.00 | 75.2% |
| Advanced Disposal | 2639 | Slayton, Sean | 24.00 | 2.0% |
| The City of Amarillo | 2639 | Slayton, Sean | 192.00 | 15.7% |
| BEL Environmental, LLC | 2639 | Slayton, Sean | 56.00 | 4.6% |
| Clark Floyd Landfill LLC | 2639 | Slayton, Sean | 32.00 | 2.6% |
| | | | 1,224.00 | 100.0% |

This the 13th day of September, 2017.

_____
YUHUA MA

STATE OF ILLINOIS

COOK COUNTY

I, Agnieseka Kuzma, a Notary Public do hereby certify that YUHUA MA, personally appeared before me this day and acknowledged the due execution of the foregoing Affidavit.

WITNESS my hand and official seal, this the 13TH day of September, 2017.

_____
Notary Public

My Commission Expires: 06/24/2018

OFFICIAL SEAL
AGNIESZKA KUZMA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/24/18

2



**Sean Slayton Work at Landmarc by Client
From January 16, 2017 Through August 31, 2017
(percentages rounded)**

- Republic--Pursuant to Master Supplier Agreement 1/1/2016--1/1/2019 — 75%
- City of Amarillo--CEC did not bid — 16%
- BEL Environmental--Subcontract--CEC not asked to quote — 4%
- Clark Floyd Landfill--CEC not asked to quote — 3%
- Advanced Disposal--CEC not asked to quote — 2%

Attachment to Affidavit of Yuhua Ma