UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:17-cv-149-FDW-DCK

| | |
|---|---|
| CARLSON ENVIRONMENTAL CONSULTANTS, PC, <br><br> Plaintiff, <br><br> v. <br><br> SEAN SLAYTON, <br><br> Defendant. | **AFFIDAVIT OF ANDREW MURRER** |

I, Andrew Murrer, being duly sown, depose and state the following:

1. I am over the age of 18 and otherwise competent to make this affidavit. The statements made in this affidavit are based on my personal knowledge, unless otherwise indicated upon information and belief.

2. I am the Construction Manager for Advance One Development, LLC, a construction company that builds landfill gas systems. In my role as Construction Manager, I organize and facilitate the drilling subcontracts for Advance One Development.

3. Toward the end of 2016, I received a memo from one of the principals of Carlson Environmental Consultants, PC, informing me that CEC would be very busy during 2017 and would not be able to entertain any quotes for drilling subcontract work for the foreseeable future.

4. Sean Slayton has not contacted Advance One Development to solicit drilling work at any time since his employment with Carlson Environmental Consultants, PC ended.

This the 12 day of September, 2017.

_____
ANDREW MURRER

STATE OF NORTH CAROLINA
MECKLENBURG COUNTY

I, Suzanne Fowler, a Notary Public do hereby certify that ANDREW MURRER, personally appeared before me this day and acknowledged the due execution of the foregoing Affidavit.

WITNESS my hand and official seal, this the 12 day of September, 2017.

_____
Notary Public

My Commission Expires: 7-31-18

1