UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:17-cv-149-FDW-DCK

| | |
|---|---|
| CARLSON ENVIRONMENTAL CONSULTANTS, PC, | ) ) ) |
| Plaintiff, | ) ) **AFFIDAVIT OF WILLIAM P. BRINKER** |
| v. | ) ) ) |
| SEAN SLAYTON, | ) ) |
| Defendant. | ) ) |

I, William P. Brinker, being duly sown, depose and state the following:

1. I am over the age of 18 and otherwise competent to make this affidavit. The statements made in this affidavit are based on my personal knowledge, unless otherwise indicated upon information and belief.

2. I am an owner of Advance One Development, LLC, a construction company that builds landfill gas systems.

3. Sean Slayton has not contacted me to solicit drilling work at any time since his employment with Carlson Environmental Consultants, PC ended.

This the 11th day of September, 2017.

_____
WILLIAM P. BRINKER

1

STATE OF NORTH CAROLINA

_Watauga_ COUNTY

I, _Rita C. Davis_, a Notary Public do hereby certify that WILLIAM P. BRINKER, personally appeared before me this day and acknowledged the due execution of the foregoing Affidavit.

WITNESS my hand and official seal, this the 11th day of September, 2017.

_____
Notary Public

My Commission Expires: 2 | 4 | 19

[Notary Seal: RITA C. DAVIS, NOTARY, My Comm. Expires February 4, 2019, PUBLIC, WATAUGA COUNTY, NC]

2