# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-149-FDW-DCK

| | |
|---|---|
| CARLSON ENVIRONMENTAL CONSULTANTS, PC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| SEAN SLAYTON, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Quash, For Protection And Objections To The Subpoena And Notice To Depose Matthew R. Joyner, Esq. Outside Corporate Counsel Of Plaintiff" (Document No. 46) filed January 2, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties completely settled this matter on January 22, 2018, the undersigned will <u>deny</u> the motion as moot.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Quash, For Protection And Objections To The Subpoena And Notice To Depose Matthew R. Joyner, Esq. Outside Corporate Counsel Of Plaintiff" (Document No. 46) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: January 23, 2018

David C. Keesler
United States Magistrate Judge